RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE, 4/1/16
BY gbr

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOSEPH LEON PLUMMER (#69035-080)    DOCKET NO. 15-CV-2212; SEC. P

VERSUS                              JUDGE TRIMBLE

WARDEN                              MAGISTRATE JUDGE PEREZ-MONTES

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED FOR LACK OF JURISDICTION.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 1st day of _____April_____, 2016.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE